| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:16CR00244-1 CDP |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:18-00126 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Melanie Ann Mahaney | DISTRICT Eastern District of Missouri | DIVISION Eastern Division St. Louis, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Catherine D. Perry United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/20/2018 — TO 3/19/2020 |

**OFFENSE**
Escape From Custody

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/23/18
Date

*(signature)*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 5, 2018
Effective Date

*(signature)*
United States District Judge